# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**MAJOR KENNETH MARKOVICH,** :

**Plaintiff** : CIVIL ACTION NO. 3:13-3096

v. :

: (JUDGE MANNION)

**PANTHER VALLEY SCHOOL DISTRICT, R. MICKEY ANGST, and ROSEMARY POREMBO** :

:

**Defendants**

## AMENDED ORDER

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** defendants PVSD and Porembo's motion to dismiss, (Doc. 12), is **GRANTED IN PART** and **DENIED IN PART**. The motion is **GRANTED** as to Count I, for discrimination under Title VII of the Civil Rights Act. Count I is **DISMISSED with prejudice**. The motion is **DENIED** as to Count II, the procedural due process claim. The motion is **GRANTED** as to Count III, the 5th and 14th amendment substantive due process claims, which are **DISMISSED without prejudice**. The motion is **DENIED** as to Count IV, the breach of contract claim. The motion is **GRANTED** as to Count VII, the enterprise liability claim, which is **DISMISSED with prejudice**. The claims against Porembo in her official capacity brought pursuant to §1983 are **DISMISSED with prejudice**. Plaintiff may amend his complaint to allege additional claims against PVSD and Porembo, provided he has a good fath

basis to do so. Any such amendment must be filed on or before **August 15, 2014**.

Defendant Angst's motion to dismiss, (Doc. 30), is **GRANTED**. Counts V, VI, and VIII, the claims against Angst, are **DISMISSED with prejudice**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: July 28, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-3096-01-order corrected.wpd