# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MAJOR KENNETH MARKOVICH,** : | |
| : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:13-3096** |
| : | |
| v. : | |
| : | **(JUDGE MANNION)** |
| **PANTHER VALLEY SCHOOL DISTRICT, R. MICKEY ANGST, and ROSEMARY POREMBO** : | |
| : | |
| **Defendants** | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** defendants PVSD and Porembo's motion for summary judgment, (Doc. 55), is **GRANTED** as to Count II, the procedural due process claim. Judgment is entered in favor of defendants PVSD and Porembo and against plaintiff Markovich with respect to Count II. The court declines to exercise supplemental jurisdiction over plaintiff's remaining state law breach of contract claim, Count IV, and this claim is **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is directed to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date July 6, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-3096-02-Order.wpd